# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ROSETTA BRANCH-HAINES,**

    **Plaintiff,**

**v.**                                                           **Case No. 1:18-cv-229-AW-GRJ**

**EAST COAST WAFFLES, INC.,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION TO DISMISS, AND REFERRING CASE TO MAGISTRATE JUDGE

I have considered the magistrate judge's January 29, 2021 Report and Recommendation, ECF No. 97, to which no objections have been filed. I now adopt the report and recommendation and incorporate it into this order.

The Defendant's Renewed Motion to Dismiss for Fraud or, Alternatively, Motion for Sanctions (ECF No. 92) is DENIED.

This case is referred to the assigned magistrate judge for all further proceedings, including preliminary orders, conduct of necessary hearings, and filing of a report and recommendation containing proposed findings of fact and conclusions of law and recommending disposition of the case.

SO ORDERED on March 2, 2021.

                                                s/ *Allen Winsor*
                                                United States District Judge